UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 07-121-GWU

JEFFERY MARTIN, PLAINTIFF,

VS. **MEMORANDUM OPINION AND ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY, DEFENDANT.

Counsel for the plaintiff has moved for an award of $5,490.00 in fees under 42 U.S.C. § 406(b), and has submitted a copy of a fee agreement with his client permitting him to recover 25 percent of any past due benefits paid. The defendant responds that he withheld a total of $10,667.50 from the plaintiff's past due benefits of $42,667.50, and the parties agree that counsel has already received $5,300.00 of this amount for administrative work under 42 U.S.C. § 406(a). This leaves $5,367.50 to be awarded under § 406(b). Accordingly, and the court being sufficiently advised,

IT IS HEREBY ORDERED that:

(1) the plaintiff's Motion for Approval of Attorney Fee under 42 U.S.C. § 406(b), Docket Entry No. 21, is GRANTED to the extent that counsel is awarded $5,367.50 in fees; and

1

07-121  Jeffery Martin

(2)     counsel must refund the prior Equal Access to Justice Act fee award of $1,880.00 to his client.

This the 10th day of June, 2009.

Signed By:
*G. Wix Unthank*
**United States Senior Judge**